IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JANE DOE (S.K.), an individual<br><br>*Plaintiff*,<br><br>VS.<br><br>G6 HOSPITALITY, LLC; G6 HOSPITALITY IP, LLC; G6 HOSPITALITY PROPERTY, LLC; G6 HOSPITALITY PURCHASING, LLC; G6 HOSPITALITY FRANCHISING, LLC; and MOTEL 6 OPERATING, L.P.;<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 1:25-CV-00488<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred the G6 Defendants' Motion to Dismiss [Dkt. 8] to the Honorable Christine L. Stetson, United States Magistrate Judge, for recommended disposition. [Dkt. 31]. On May 26, 2026, Judge Stetson issued a Report and Recommendation advising the Court to deny the motion as moot. [Dkt. 45]. No party filed objections in the time provided. As such, the Court reviews the Report and Recommendation for clear error. It finds none. Thus, it is **ORDERED** that the G6 Defendants' first Motion to Dismiss [Dkt. 8] is hereby **DENIED AS MOOT**.

**SIGNED this 15th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge